Rock, Appellant, *v.* Philadelphia et al.

Argued December 7, 1937.   Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*B. D. Oliensis,* with him *Alexander Perry,* for appellant.

*Samuel Feldman,* Assistant City Solicitor, with him *Joseph Sharfsin,* City Solicitor, for appellee.

PER CURIAM, January 3, 1938:

The decree is affirmed on the opinion of Judge CUNNINGHAM of the Superior Court, costs to be paid by the appellant.